| SAN JOSE | 50 West San Fernando Street |
| Los Angeles | Suite 1400 |
| New York | San Jose, CA 95113-2429 |
| San Francisco | Telephone (408) 287-6262 |
| Redwood City | Facsimile (408) 918-4501 |
| Boston | www.rmkb.com |

L A W Y E R S
RMKB
ROPERS MAJESKI KOHN BENTLEY

Lisa E. Aguiar
(408) 918-4555

laguiar@rmkb.com

February 1, 2011

Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue, Courtroom A
San Francisco, CA 94102-3484

      Re:   <u>Patricia Young v. Oakridge Care Center (COBRA)</u>
             United States District Court Case No. C10-02946 JCS

Dear Judge Spero:

    I represent Oakridge Care Center in the above-referenced matter. We are scheduled to appear in your courtroom for a Case Management Conference on February 11, 2011 at 1:30 p.m. As I have my offices in San Jose, I would like to request to appear via telephone at this conference. The land line number that I can be reached at my office is (408) 918-4555.

    Thank you for your attention.

                                Very truly yours,

                                ROPERS, MAJESKI, KOHN & BENTLEY

                                LISA E. AGUIAR

LEA/bjs

cc: Richard Rogers, Esq.

Dated: Feb. 2, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

RC1/5867235.1/BS