RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@aol.com

Attorneys for Plaintiff
PATRICIA YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA YOUNG,<br><br>　　　　Plaintiff,<br>　　v.<br><br>OAKRIDGE CARE CENTER,<br><br>　　　　Defendant. | Case No.: C10-02946 JCS [ECF]<br><br>Case filed:　　　　07/06/10<br>Case reassigned:　10/22/10<br>Trial date:　　　　TBA<br><br>STIPULATION TO DISMISSAL;<br>[PROPOSED] ORDER |

The parties hereto stipulate to dismissal of this action, each party to bear its own costs.

Respectfully submitted,

Dated: 2-10-11

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 2/10/2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Candice Petty
CANDICE PETTY
Attorneys for Defendant

IT IS SO ORDERED.

Dated: February 10, 2011

By: /s/ JCS
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOUNG/
DISMISS.STIP

Case No.: C10-02946 JCS [ECF] -- STIPULATION TO DISMISSAL; ORDER

1